# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

JACQUELYN HOWARD, *on behalf of* )
*Darrius A. Howard,* )
                               )
      Petitioner, )
                               )    Case No.:  2:17-cv-01751-KOB-SGC
v. )
                               )
HILLCREST BEHAVIORAL HEALTH, )
                               )
      Respondent. )

## MEMORANDUM OPINION

Jacquelyn Howard, on behalf of her son Darrius Howard, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on October 13, 2017, alleging that her son is being held against his will at Hillcrest Behavioral Health in Birmingham, Alabama.  The magistrate judge entered a report on November 29, 2017, recommending that the court dismiss the habeas petition as unexhausted.  (Doc. 3). No party has filed any objections.

After careful consideration of the record in this case, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations.  Accordingly, the court finds that the Petitioner's claims are due to be dismissed as unexhausted.

The court will enter a separate Final Order.

DONE and ORDERED this 11th day of January, 2018.

*Karon O. Bowdre*
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE